No. 848. HALL ET UX. *v.* BLEISCH ET UX. C. A. 5th Cir. Certiorari denied. *Royal H. Brin, Jr.,* for petitioners. 

No. 850. FUNSETH *v.* GREAT NORTHERN RAILWAY Co. C. A. 9th Cir. Certiorari denied. *Carlton R. Reiter* for petitioner. *Anthony Kane* and *Woodrow L. Taylor* for respondent. 

No. 855. ULLMAN ET AL. *v.* GRAINGER. C. A. 9th Cir. Certiorari denied. *John N. Frolich* for petitioners. *Arnold M. Quittner* for respondent. 

No. 856. EXCHANGE NATIONAL BANK OF CHICAGO *v.* BONHIVER, RECEIVER, ET AL. C. A. 8th Cir. Certiorari denied. *Edgar Bernhard* for petitioner. *J. Neil Morton* for respondent Bonhiver.

No. 858. MOORE, DBA MOORE'S BARBECUE RESTAURANT *v.* WOOTEN ET AL. C. A. 4th Cir. Certiorari denied. *Douglas P. Connor* for petitioner. 

No. 860. LEWRON TELEVISION, INC. *v.* D. H. OVER-MYER LEASING Co., INC. C. A. 4th Cir. Certiorari denied. *Edward L. Blanton, Jr.,* for petitioner. *Russell Morton Brown* for respondent. 

No. 863. RABY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Leo E. Holt* for petitioner. *Elmer C. Kissane* for respondent. 

No. 866. BRUNWASSER *v.* SUAVE ET AL. C. A. 4th Cir. Certiorari denied.